**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7369**
_____

TERRY FITZGERALD ZIMMERMAN,

Plaintiff - Appellant,

versus

J. V. TURLINGTON, Administrator; R. FUTRELL,
Superintendent; GEORGE FULLWOOD, Instructor,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (CA-95-666-5-BO)

_____

Submitted:  January 18, 1996      Decided:  February 1, 1996
_____

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Terry Fitzgerald Zimmerman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. Zimmerman v. Turlington, No. CA-95-666-5-BO (E.D.N.C. Aug. 25, 1995). See also Inmates v. Owens, 561 F.2d 560, 562-63 (4th Cir. 1977) (inmate must claim that he personally sustained deprivation of a right to state a § 1983 claim). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED